IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00176-CV

 

Mohammad A. Hashmi,

                                                                      Appellant

 v.

 

Palm Gardens Homeowners Association, Inc.; 

Carl DeBarbieris Owner of and 

d/b/a Genesis Property Management and 

Genesis Community Management, Inc.,

                                                                      Appellees

 

 

 



From the 11th District Court

Harris County, Texas

Trial Court No. 03-34630

 



ORDER DISMISSING INDIGENCY APPEAL



 

We ordered Mohammad Hashmi to file
his brief on his indigence appeal on or before July 6, 2005.  No brief was
received.  Thus, we dismiss Hashmi’s indigence appeal for want of prosecution. 
See Tex. R. App. P.
42.3(b).  Based on this dismissal, Hashmi is not indigent for his appeal under
this cause number.  All appeal fees to the court reporter, district court
clerk, and Tenth Court of Appeals Clerk, including the $125 filing fee and a
$10 motion fee are now due.  The appellate record for Hashmi’s appeal on the
merits, under this cause number, is due 30 days after the date of this Order.

 

PER CURIAM

 

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Indigence appeal
dismissed; Fees and record due

Order delivered and
filed July 20, 2005

Do not publish







not publish

[OT06]